## CITY OF DETROIT v. CAUDILL.

CRIMINAL LAW—DRIVING IN VIOLATION OF ORDINANCE—RECORD—EVIDENCE.

> Judgment of conviction for driving in violation of a city ordinance is affirmed where record discloses no prejudicial error and evidence is sufficient to support the finding of guilt by the trial judge.

Appeal from Traffic and Ordinance Division of Recorder's Court of Detroit; Kirwan (John R.), J. Submitted Division 1 May 6, 1968, at Detroit. (Docket No. 3,199.) Decided May 31, 1968.

Martin Ray Caudill was convicted of driving in violation of a city of Detroit ordinance. Affirmed.

---

REFERENCE FOR POINTS IN HEADNOTE
5 Am Jur 2d, Appeal and Error § 883; 7 Am Jur 2d, Automobiles and Highway Traffic § 323.

*Robert Reese,* Corporation Counsel, and *Robert D. McClear,* Assistant Corporation Counsel, for plaintiff.

*Albert Green,* for defendant.

PER CURIAM. Martin Ray Caudill was convicted by a judge of the traffic and ordinance division of Detroit recorder's court of driving in violation of a City of Detroit ordinance. He was sentenced to pay a fine of $25 or to serve 5 days in the Detroit house of correction. He appeals.

An examination of the record discloses no prejudicial error and evidence sufficient to support the finding of guilt. The findings of the trial judge are not clearly erroneous. GCR 1963, 517.1, 785.1(1).

Affirmed.

LEVIN, P. J. and BURNS and DALTON, JJ., concurred.